373 A.2d 1135

Commonwealth v. Scott, Appellant.

Argued March 16, 1977. Philip D. Freedman, Assistant Public Defender, submitted a brief for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1136

Commonwealth v. Shields, Appellant.

Submitted June 16, 1975. Nino V. Tinari, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.